**Order entered September 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00387-CR**
**No. 05-15-00999-CR**

**PEDRO FIGUEROA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-54250-N, F13-54929-N**

## ORDER

The Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to file the clerk's record in cause no. 05-15-00999-CR (trial court no. F13-54929-N) within **TEN DAYS** of the date of this order.

We **ORDER** appellant to file his brief for both cases within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE